B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Laundromat Cooperative Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Laundry Works; DBA Washland Laundromat; FDBA Washland Partnership** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0597276** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5645 West Roosevelt Road**<br>**Cicero, IL**<br><div align="right">ZIP Code</div>**60804** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Laundromat Cooperative Partnership** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                 Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Laundromat Cooperative Partnership** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**January 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John R. Meyer**
Signature of Authorized Individual

**John R. Meyer**
Printed Name of Authorized Individual

**Trustee of Partner**
Title of Authorized Individual

**January 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2007, or tax year beginning .......... , 2007, ending .......... , 20......
▶ See separate instructions.

OMB No. 1545-0099

**2007**

| | | |
|---|---|---|
| **A** Principal business activity | Use the IRS label. Other-wise, print or type. | **Name of partnership** Laundry Works Laundromat Trust |
| **B** Principal product or service | | **Number, street, and room or suite no. If a P.O. box, see the instructions.** 5645 W. Roosevelt Road |
| **C** Business code number | | **City or town, state, and ZIP code** Cicero, Illinois 60804 |

**D** Employer identification number
20 : 7111778

**E** Date business started
October 1, 2006

**F** Total assets (see the instructions)
$

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**H** Check accounting method: **(1)** ☐ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶ -------------------------
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ -------------------------
**J** Check if Schedule M-3 attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income** (see the instructions for limitations)

| | | | | | |
|---|---|---|---:|---:|---:|
| **1a** | Gross receipts or sales . . . . . | **1a** | 458,919 | 89 | |
| **b** | Less returns and allowances . . . . | **1b** | 0 | | |
| | | | | **1c** | 458,919 89 |
| **2** | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . | | | **2** | 42,135 49 |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | | | **3** | 416,784 40 |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . | | | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . | | | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | | | **6** | |
| **7** | Other income (loss) (attach statement) . . . . . . . . . . . . | | | **7** | |
| **8** | **Total income (loss). Combine lines 3 through 7** . . . . . . . . . | | | **8** | 416,784 40 |

**Deductions** (see the instructions for limitations)

| | | | | | |
|---|---|---|---:|---:|---:|
| **9** | Salaries and wages (other than to partners) (less employment credits) . . . . . . | | | **9** | 122,162 81 |
| **10** | Guaranteed payments to partners . . . . . . . . . . . . . . | | | **10** | |
| **11** | Repairs and maintenance . . . . . . . . . . . . . . . . | | | **11** | 12,773 28 |
| **12** | Bad debts . . . . . . . . . . . . . . . . . . . . | | | **12** | |
| **13** | Rent . . . . . . . . . . . . . . . . . . . . . | | | **13** | 71,000 00 |
| **14** | Taxes and licenses . . . . . . . . . . . . . . . . . | | | **14** | 250 00 |
| **15** | Interest . . . . . . . . . . . . . . . . . . . . . | | | **15** | 43,243 74 |
| **16a** | Depreciation (if required, attach Form 4562) . . . . | **16a** | 92,000 | 00 | |
| **b** | Less depreciation reported on Schedule A and elsewhere on return | **16b** | | | |
| | | | | **16c** | 92,000 00 |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . | | | **17** | |
| **18** | Retirement plans, etc. . . . . . . . . . . . . . . . . | | | **18** | |
| **19** | Employee benefit programs . . . . . . . . . . . . . . . | | | **19** | |
| **20** | Other deductions (attach statement) . . . . . . . . . . . . | | | **20** | 95,220 70 |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | **21** | 436,650 53 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . | | | **22** | (19,866) 13 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

▶ _____
Signature of general partner or limited liability company member manager

_____
Date

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ | | EIN ▶ | |
| | | | Phone no. ( ) | |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 11390Z    Form **1065** (2007)

Form 1065 (2007)

## Schedule A    Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---:|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . | **1** | 1,000 | 00 |
| 2 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | **2** | 42,135 | 49 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . | **3** | | |
| 4 | Additional section 263A costs *(attach statement)* . . . . . . . . . . . | **4** | | |
| 5 | Other costs *(attach statement)* . . . . . . . . . . . . . . . | **5** | | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . | **6** | 43,135 | 49 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . | **7** | 1,000 | 00 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 . . . . | **8** | 42,135 | 49 |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☑ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶ ............................................................
- b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . ▶ ☐
- c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* . . ▶ ☐
- d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? . . . ☐ Yes ☐ No
- e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . ☐ Yes ☑ No
  If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a ☐ Domestic general partnership        b ☐ Domestic limited partnership | | |
| | c ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| | e ☐ Foreign partnership                 f ☑ Other ▶ trust .................................... | | |
| 2 | Are any partners in this partnership also partnerships? . . . . . . . . . . . . . | | ✓ |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations section 301.7701-2 and 301.7701-3? If "Yes," see instructions for required attachment . . . . . . . . . . . . | | ✓ |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . | | ✓ |
| 5 | Does this partnership meet all three of the following requirements? | | |
| | a The partnership's total receipts for the tax year were less than $250,000; | | |
| | b The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| | c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return . . . . . . . . . . . . . . . | | ✓ |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions . . . . . . . . . . . . . . . . | | ✓ |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . | | ✓ |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | ✓ |
| 9 | At any time during calendar year 2007, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ ......................................... | | ✓ |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions . . . . . . . | | ✓ |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions . . . . . . | | ✓ |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | Identifying number of TMP ▶ |
|---|---|
| Address of designated TMP ▶ | |

Form 1065 (2007)

Page **3**

| Schedule K | Partners' Distributive Share Items | | Total amount | |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) . . . . . . . . . | 1 | (19,866 | 13) |
| | **2** Net rental real estate income (loss) (attach Form 8825) . . . . . | 2 | | |
| | **3a** Other gross rental income (loss) . . . . . . | 3a | | |
| | **b** Expenses from other rental activities (attach statement) . | 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a . . . | 3c | | |
| | **4** Guaranteed payments . . . . . . . . . . . . . . . . | 4 | | |
| | **5** Interest income . . . . . . . . . . . . . . . . . | 5 | | |
| | **6** Dividends:  **a** Ordinary dividends . . . . . . . | 6a | | |
| | **b** Qualified dividends . . . . . . | 6b | | |
| | **7** Royalties . . . . . . . . . . . . . . . . . . . | 7 | | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) . | 8 | | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) . | 9a | | |
| | **b** Collectibles (28%) gain (loss) . . . . . . . . | 9b | | |
| | **c** Unrecaptured section 1250 gain (attach statement) . . . | 9c | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) . . . . . . . | 10 | | |
| | **11** Other income (loss) (see instructions) Type ▶ _____ | 11 | | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) . . . . . . . . . . | 12 | | |
| | **13a** Contributions . . . . . . . . . . . . . . . . . | 13a | | |
| | **b** Investment interest expense . . . . . . . . . . . . | 13b | | |
| | **c** Section 59(e)(2) expenditures:  **(1)** Type ▶ _____  **(2)** Amount ▶ | 13c(2) | | |
| | **d** Other deductions (see instructions)  Type ▶ _____ | 13d | | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment . . . . . . . . . | 14a | | |
| | **b** Gross farming or fishing income . . . . . . . . . . . | 14b | | |
| | **c** Gross nonfarm income . . . . . . . . . . . . . . | 14c | | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) . . . . . . . . | 15a | | |
| | **b** Low-income housing credit (other) . . . . . . . . . . | 15b | | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468). . . . . . | 15c | | |
| | **d** Other rental real estate credits (see instructions)    Type ▶ _____ | 15d | | |
| | **e** Other rental credits (see instructions)       Type ▶ _____ | 15e | | |
| | **f** Other credits (see instructions)        Type ▶ _____ | 15f | | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶_____ | | | |
| | **b** Gross income from all sources . . . . . . . . . . . . | 16b | | |
| | **c** Gross income sourced at partner level . . . . . . . . . | 16c | | |
| | Foreign gross income sourced at partnership level | | | |
| | **d** Passive category ▶ _____  **e** General category ▶ _____  **f** Other ▶ | 16f | | |
| | Deductions allocated and apportioned at partner level | | | |
| | **g** Interest expense ▶ _____  **h** Other ▶ | 16h | | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | **i** Passive category ▶ _____  **j** General category ▶ _____  **k** Other ▶ | 16k | | |
| | **l** Total foreign taxes (check one): ▶  Paid ☐   Accrued ☐ | 16l | | |
| | **m** Reduction in taxes available for credit (attach statement) | 16m | | |
| | **n** Other foreign tax information (attach statement) . . . . . . | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment . . . . . . . . . . . | 17a | | |
| | **b** Adjusted gain or loss . . . . . . . . . . . . . . . | 17b | | |
| | **c** Depletion (other than oil and gas) . . . . . . . . . . | 17c | | |
| | **d** Oil, gas, and geothermal properties—gross income . . . . . | 17d | | |
| | **e** Oil, gas, and geothermal properties—deductions . . . . . . | 17e | | |
| | **f** Other AMT items (attach statement) . . . . . . . . . . | 17f | | |
| **Other Information** | **18a** Tax-exempt interest income . . . . . . . . . . . . . | 18a | | |
| | **b** Other tax-exempt income . . . . . . . . . . . . . . | 18b | | |
| | **c** Nondeductible expenses . . . . . . . . . . . . . . | 18c | | |
| | **19a** Distributions of cash and marketable securities . . . . . . . | 19a | | |
| | **b** Distributions of other property . . . . . . . . . . . . | 19b | | |
| | **20a** Investment income . . . . . . . . . . . . . . . . | 20a | | |
| | **b** Investment expenses . . . . . . . . . . . . . . . | 20b | | |
| | **c** Other items and amounts (attach statement) . . . . . . . . | | | |

Form **1065** (2007)

Form 1065 (2007)                                                                                 Page **4**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . **1**

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | | | | |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash . . . . . . . . . . | | | | |
| **2a** Trade notes and accounts receivable . . . . | | | | |
| **b** Less allowance for bad debts . . . . . . . | | | | |
| **3** Inventories . . . . . . . . . . | | | | |
| **4** U.S. government obligations . . . . . . | | | | |
| **5** Tax-exempt securities . . . . . . | | | | |
| **6** Other current assets *(attach statement)* . . . | | | | |
| **7** Mortgage and real estate loans . . . . | | | | |
| **8** Other investments *(attach statement)* . . . . | | | | |
| **9a** Buildings and other depreciable assets. . . . | | | | |
| **b** Less accumulated depreciation . . . . . . | | | | |
| **10a** Depletable assets . . . . . . | | | | |
| **b** Less accumulated depletion . . . . . . | | | | |
| **11** Land (net of any amortization) . . . . . . | | | | |
| **12a** Intangible assets (amortizable only) . . . . . | | | | |
| **b** Less accumulated amortization . . . . . . | | | | |
| **13** Other assets *(attach statement)* . . . . . | | | | |
| **14** Total assets . . . . . . . . . . | | | | |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable . . . . . . . | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year . | | | | |
| **17** Other current liabilities *(attach statement)* . . . | | | | |
| **18** All nonrecourse loans . . . . . . | | | | |
| **19** Mortgages, notes, bonds payable in 1 year or more . | | | | |
| **20** Other liabilities *(attach statement)* . . . . . | | | | |
| **21** Partners' capital accounts . . . . . . | | | | |
| **22** Total liabilities and capital . . . . . | | | | |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

**1** Net income (loss) per books . . . .

**2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): .....................

**3** Guaranteed payments (other than health insurance) . . . . . . . . . .

**4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
  **a** Depreciation $ ............................
  **b** Travel and entertainment $ ................
  .....................

**5** Add lines 1 through 4 . . . . . .

**6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):
  **a** Tax-exempt interest $ .............................

**7** Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):
  **a** Depreciation $ ...................................
  ............................................................
  ............................................................

**8** Add lines 6 and 7 . . . . . . . .

**9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 .

## Schedule M-2  Analysis of Partners' Capital Accounts

**1** Balance at beginning of year . . . .

**2** Capital contributed: **a** Cash . . . .
                          **b** Property . . .

**3** Net income (loss) per books . . . .

**4** Other increases (itemize): ..................
  ....................

**5** Add lines 1 through 4 . . . . . .

**6** Distributions: **a** Cash . . . . . .
                    **b** Property . . . . . .

**7** Other decreases (itemize): ......................
  ............................................................

**8** Add lines 6 and 7 . . . . . . . .

**9** Balance at end of year. Subtract line 8 from line 5

Form **1065** (2007)

# U.S. Return of Partnership Income

Form **1065**
Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax year beginning .........., 2007, ending .........., 20...
▶ See separate instructions.

OMB No. 1545-0099

**2007**

| A Principal business activity | Use the IRS label. Other-wise, print or type. | Name of partnership **Washland Laundromat Trust** | D Employer identification number 20 : 7111819 |
|---|---|---|---|
| B Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. **2005 W. 79th Street** | E Date business started **October 1, 2006** |
| C Business code number | | City or town, state, and ZIP code **Chicago, Illinois 60620** | F Total assets (see the instructions) $ |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

H Check accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____ one (1) _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ _____ ☐

J Check if Schedule M-3 attached . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

### Income

| | | | | |
|---|---|---|---|---|
| 1a Gross receipts or sales . . . . . . . . . | 1a | 435,297 | 98 | |
| b Less returns and allowances . . . . . . | 1b | 0 | | 1c | 435,297 | 98 |
| 2 Cost of goods sold (Schedule A, line 8) . . . . . . . . . | | | | 2 | 18,958 | 41 |
| 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . | | | | 3 | 416,339 | 57 |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)*. . . | | | | 4 | | |
| 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* . . . . | | | | 5 | | |
| 6 Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* . . | | | | 6 | | |
| 7 Other income (loss) *(attach statement)* . . . . . . . . . | | | | 7 | | |
| 8 **Total income (loss).** Combine lines 3 through 7 . . . . . . | | | | 8 | 416,339 | 57 |

### Deductions (see the instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) . . . | | | | 9 | 120,958 | 00 |
| 10 Guaranteed payments to partners . . . . . . . . . | | | | 10 | | |
| 11 Repairs and maintenance . . . . . . . . . . . | | | | 11 | 6,951 | 81 |
| 12 Bad debts . . . . . . . . . . . . . . | | | | 12 | | |
| 13 Rent . . . . . . . . . . . . . . . | | | | 13 | 72,864 | 00 |
| 14 Taxes and licenses . . . . . . . . . . . | | | | 14 | | |
| 15 Interest . . . . . . . . . . . . . . | | | | 15 | 41,632 | 17 |
| 16a Depreciation *(if required, attach Form 4562)* . . . | 16a | 88,571 | 43 | | | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | 0 | | 16c | 88,571 | 43 |
| 17 Depletion (**Do not deduct oil and gas depletion.**) . . . . | | | | 17 | | |
| 18 Retirement plans, etc. . . . . . . . . . . | | | | 18 | | |
| 19 Employee benefit programs . . . . . . . . . | | | | 19 | | |
| 20 Other deductions *(attach statement)* . . . . . . . . | | | | 20 | 106,956 | 25 |
| 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . | | | | 21 | 437,933 | 66 |
| 22 **Ordinary business income (loss).** Subtract line 21 from line 8 . . . | | | | 22 | (21,594) | 09 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☐ No

▶ _____     _____
Signature of general partner or limited liability company member manager       Date

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ | | EIN ▶ | |
| | | | Phone no. ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11390Z   Form **1065** (2007)

Page **2**

Form 1065 (2007)

## Schedule A    Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---:|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . | 1 | 1,000 | 00 |
| 2 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 2 | 18,958 | 41 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . | 3 | | |
| 4 | Additional section 263A costs *(attach statement)* . . . . . . . . . . | 4 | | |
| 5 | Other costs *(attach statement)* . . . . . . . . . . . . . . | 5 | | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . | 6 | 19,958 | 41 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . | 7 | 1,000 | 00 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 . . . . | 8 | 18,958 | 00 |

**9a** Check all methods used for valuing closing inventory:
   **(i)** ☐ Cost as described in Regulations section 1.471-3
   **(ii)** ☑ Lower of cost or market as described in Regulations section 1.471-4
   **(iii)** ☐ Other (specify method used and attach explanation) ▶ ..............................................................
 **b** Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . ▶ ☐
 **c** Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐
 **d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? . . ☐ Yes ☐ No
 **e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . ☐ Yes ☑ No
   If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership      **b** ☐ Domestic limited partnership | | |
| | **c** ☐ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership      **f** ☑ Other ▶ trust ......................................... | | |
| **2** | Are any partners in this partnership also partnerships? . . . . . . . . . . | | ✓ |
| **3** | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations section 301.7701-2 and 301.7701-3? If "Yes," see instructions for required attachment | | ✓ |
| **4** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . | | ✓ |
| **5** | Does this partnership meet all three of the following requirements? | | |
| | **a** The partnership's total receipts for the tax year were less than $250,000; | | |
| | **b** The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| | **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return | | ✓ |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **6** | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions . . . . . . . . . . . . . . | | ✓ |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . | | ✓ |
| **8** | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | |
| **9** | At any time during calendar year 2007, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ .......................................... | | ✓ |
| **10** | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions . . . . . . . | | ✓ |
| **11** | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions . . . . . . | | ✓ |
| **12** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ ....................None.................................... | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|
| Address of designated TMP ▶ | | | |

Form **1065** (2007)

Page **3**

Form 1065 (2007)

| Schedule K | Partners' Distributive Share Items | | Total amount | |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) . . . . . . . | | **1** | (21,594) 09) |
| | **2** Net rental real estate income (loss) (attach Form 8825) . . . . | | **2** | |
| | **3a** Other gross rental income (loss) . . . . . . | 3a | | |
| | **b** Expenses from other rental activities (attach statement). . | 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a . . . | | **3c** | |
| | **4** Guaranteed payments . . . . . . . . . . . . . | | **4** | |
| | **5** Interest income . . . . . . . . . . . . . . | | **5** | |
| | **6** Dividends: **a** Ordinary dividends . . . . . . . | | **6a** | |
| | **b** Qualified dividends . . . . . | 6b | | |
| | **7** Royalties . . . . . . . . . . . . . . . . | | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) . . | | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) . | | **9a** | |
| | **b** Collectibles (28%) gain (loss) . . . . . . . . . | 9b | | |
| | **c** Unrecaptured section 1250 gain (attach statement) . . . . . | 9c | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) . . . . . . | | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ -------------------- | | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) . . . . . . . | | **12** | |
| | **13a** Contributions . . . . . . . . . . . . . . | | **13a** | |
| | **b** Investment interest expense . . . . . . . . . | | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ ----------------- **(2)** Amount ▶ | | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ --------------------- | | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment . . . . . . . | | **14a** | |
| | **b** Gross farming or fishing income . . . . . . . . | | **14b** | |
| | **c** Gross nonfarm income . . . . . . . . . . . | | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) . . . . . . | | **15a** | |
| | **b** Low-income housing credit (other) . . . . . . . . | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468). | | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ --------------------- | | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ --------------------- | | **15e** | |
| | **f** Other credits (see instructions) Type ▶ --------------------- | | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶--------------------- | | | |
| | **b** Gross income from all sources . . . . . . . . . | | **16b** | |
| | **c** Gross income sourced at partner level . . . . . . . | | **16c** | |
| | *Foreign gross income sourced at partnership level* | | | |
| | **d** Passive category ▶ -------------- **e** General category ▶ -------------- **f** Other ▶ | | **16f** | |
| | *Deductions allocated and apportioned at partner level* | | | |
| | **g** Interest expense ▶ --------------------------- **h** Other . . . . . . . . . ▶ | | **16h** | |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | | | |
| | **i** Passive category ▶ -------------- **j** General category ▶ -------------- **k** Other ▶ | | **16k** | |
| | **l** Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ . . . . | | **16l** | |
| | **m** Reduction in taxes available for credit (attach statement) . . . . | | **16m** | |
| | **n** Other foreign tax information (attach statement) . . . . . . | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment . . . . . . . . | | **17a** | |
| | **b** Adjusted gain or loss . . . . . . . . . . . | | **17b** | |
| | **c** Depletion (other than oil and gas) . . . . . . . . | | **17c** | |
| | **d** Oil, gas, and geothermal properties—gross income . . . . | | **17d** | |
| | **e** Oil, gas, and geothermal properties—deductions . . . . . | | **17e** | |
| | **f** Other AMT items (attach statement) . . . . . . . | | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income . . . . . . . . . . | | **18a** | |
| | **b** Other tax-exempt income . . . . . . . . . . | | **18b** | |
| | **c** Nondeductible expenses . . . . . . . . . . | | **18c** | |
| | **19a** Distributions of cash and marketable securities . . . . . | | **19a** | |
| | **b** Distributions of other property . . . . . . . . | | **19b** | |
| | **20a** Investment income . . . . . . . . . . . . | | **20a** | |
| | **b** Investment expenses . . . . . . . . . . . | | **20b** | |
| | **c** Other items and amounts (attach statement) . . . . . . . | | | |

Form **1065** (2007)

Page **4**

Form 1065 (2007)

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . | | | | **1** | |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash . . . . . . . . . . . | | | | |
| 2a Trade notes and accounts receivable . . . . | | | | |
| b Less allowance for bad debts . . . . . . . | | | | |
| 3 Inventories . . . . . . . . . . | | | | |
| 4 U.S. government obligations . . . . . | | | | |
| 5 Tax-exempt securities . . . . . . | | | | |
| 6 Other current assets (attach statement) . . . | | | | |
| 7 Mortgage and real estate loans . . . . . | | | | |
| 8 Other investments (attach statement) . . . . | | | | |
| 9a Buildings and other depreciable assets . . . | | | | |
| b Less accumulated depreciation . . . . . | | | | |
| 10a Depletable assets . . . . . . . . | | | | |
| b Less accumulated depletion . . . . . . | | | | |
| 11 Land (net of any amortization) . . . . . . | | | | |
| 12a Intangible assets (amortizable only) . . . . . | | | | |
| b Less accumulated amortization . . . . . | | | | |
| 13 Other assets (attach statement) . . . . . | | | | |
| 14 Total assets . . . . . . . . . . | | | | |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable . . . . . . . . | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year . | | | | |
| 17 Other current liabilities (attach statement) . . . | | | | |
| 18 All nonrecourse loans . . . . . . . | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more . | | | | |
| 20 Other liabilities (attach statement) . . . . . | | | | |
| 21 Partners' capital accounts . . . . . . . | | | | |
| 22 Total liabilities and capital . . . . . | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books . . . . | | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): .................. | | a Tax-exempt interest $ ........................... | |
| 3 Guaranteed payments (other than health insurance) . . . . . . . . . . | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $ ........................... ........................................................... | |
| a Depreciation $ ........................... | | | |
| b Travel and entertainment $ ............... ........................................................... | | 8 Add lines 6 and 7 . . . . . . . | |
| 5 Add lines 1 through 4 . . . . . . . | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . . . | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year . . . . | | 6 Distributions: a Cash . . . . . . . | |
| 2 Capital contributed: a Cash . . . . | | b Property . . . . . | |
| b Property . . . | | 7 Other decreases (itemize): ...................... ........................................................... | |
| 3 Net income (loss) per books . . . . | | | |
| 4 Other increases (itemize): .................. ........................................................... | | 8 Add lines 6 and 7 . . . . . . . | |
| 5 Add lines 1 through 4 . . . . . . . | | 9 Balance at end of year. Subtract line 8 from line 5 | |

Form **1065** (2007)

Operations Projections
(monthly)

| | 5645 | 2005 | Combined |
|---|---|---|---|
| Revenues | $31,000 | $32,000 | $63,000 |
| | | | |
| Expenses: | | | |
| Rent | 6,187 | 7,868 | 14.055 |
| Equipment lease | 7,631 | 7,347 | 14,978 |
| Natural Gas | 2,000 | 2,000 | 4,000 |
| Water | 2,000 | 1,000 | 3,000 |
| Electric | 400 | 600 | 1,000 |
| Labor | 5,000 | 5,000 | 10,000 |
| Supplies | 500 | 500 | 1,000 |
| Other | 4,000 | 4,000 | 8,000 |
| Totals | 27,718 | 28,315 | 56,033 |
| | | | |
| Profit | $3,282 | $3,685 | $6,967 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Laundromat Cooperative Partnership

_____
Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| Bureau of Water and Sewer<br>Town of Cicero<br>4949 West Cermak Road<br>Cicero, IL 60804 | Bureau of Water and Sewer<br>Town of Cicero<br>4949 West Cermak Road<br>Cicero, IL 60804 | Services | Disputed | 22,549.10 |
| Castlewood Chicago, LLC<br>204 East Joppa Road<br>Apt. 602<br>Towson, MD 21286 | Castlewood Chicago, LLC<br>204 East Joppa Road<br>Apt. 602<br>Towson, MD 21286 | Rent | Disputed | 105,358.44 |
| City of Chicago<br>Department of Water<br>333 South State Street<br>Suite LL10<br>Chicago, Il 60604-3979 | City of Chicago<br>Department of Water<br>333 South State Street<br>Chicago, Il 60604-3979 | Services | Disputed | 12,910.32 |
| Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Services | Disputed | 3,568.09 |
| Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Services | Disputed | 1,573.51 |
| Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Commonwealth Edison<br>P.O. Box 286<br>Chicago, Il 60690-0286 | Services | Disputed | 982.22 |
| Groot Industries, Inc.<br>PO Box 92257<br>Elk Grove Village, IL 60009 | Groot Industries, Inc.<br>PO Box 92257<br>Elk Grove Village, IL 60009 | Services | Disputed | 846.30 |
| Groot Industries, Inc.<br>PO Box 92257<br>Elk Grove Village, IL 60009 | Groot Industries, Inc.<br>PO Box 92257<br>Elk Grove Village, IL 60009 | Services | Disputed | 692.48 |
| Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | Services | Disputed | 97,020.25 |
| Peoples Gas<br>C/O Bankruptcy Department<br>130 E. Randolph Drive<br>Chicago, IL 60602 | Peoples Gas<br>C/O Bankruptcy Department<br>130 E. Randolph Drive<br>Chicago, IL 60602 | Services | Disputed | 31,548.98 |

B4 (Official Form 4) (12/07) - Cont.

In re    Laundromat Cooperative Partnership                                Case No.    _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Trustee of Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    January 11, 2010                              Signature    /s/ John R. Meyer
                                                                   John R. Meyer
                                                                   Trustee of Partner

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Laundromat Cooperative Partnership** ,                    Case No. _____
                                                 Debtor

                                                 Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **2005 W. 79th Street Laundromat Business Trust**<br>**2005 W. 79th Street**<br>**Chicago, IL 60620** | **General Partner** | **50%** | **Partnership** |
| **5645 West Roosevelt Road Laundromat Business Trust**<br>**5645 West Roosevelt Road**<br>**Cicero, IL 60804** | **General Partner** | **50%** | **Partnership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Trustee of Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**January 11, 2010**_____         Signature **/s/ John R. Meyer**_____
                                                                          **John R. Meyer**
                                                                          **Trustee of Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

Bureau of Water and Sewer
Town of Cicero
4949 West Cermak Road
Cicero, IL 60804


Castlewood Chicago, LLC
204 East Joppa Road
Apt. 602
Towson, MD 21286


Castlewood Chicago, LLC
c/o Malet Realty, Ltd.
4W
Chicago, IL 60607


City of Chicago
Department of Water
333 South State Street
Suite LL10
Chicago, Il 60604-3979


Commonwealth Edison
P.O. Box 286
Chicago, Il 60690-0286


Groot Industries, Inc.
PO Box 92257
Elk Grove Village, IL 60009


Laundry Works Laundromat Trust
5645 West Roosevelt Road
Cicero, IL 60804


Malet Realty Ltd.
900 West Jackson Blvd
#4W
Chicago, IL 60607


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60602

Schain, Burney, Ross, & Citron Ltd.
222 North LaSalle Street
Suite 1910
Chicago, IL 60601


Washland Laundromat Trust
2005 West 79th Street
Chicago, IL 60620


West Roosevelt Road Corp.
5660 West Taylor Street
Chicago, IL 60644